**Antonia SOBERANIS–SAGRERO,
Appellant,**

v.

**UNITED STATES of America,
Appellee.**

No. 05–2315.

United States Court of Appeals,
Eighth Circuit.

Submitted Oct. 25, 2005.

Decided Nov. 1, 2005.

Antonia Soberanis–Sagrero, Dublin, CA, pro se.

Jenny Chaplinski, Degree Law Office, Minneapolis, MN, for Appellant.

Andrew R. Winter, U.S. Attorney's Office, Minneapolis, MN, for Appellee.

Before ARNOLD, FAGG, and SMITH, Circuit Judges.

* The Honorable John R. Tunheim, United States District Judge for the District of Minne-

PER CURIAM.

Antonia Soberanis–Sagrero filed a 28 U.S.C. § 2255 motion to vacate Soberanis–Sagrero's sentence based on the Supreme Court's decision in *Blakely v. Washington,* 542 U.S. 296, 124 S.Ct. 2531, 159 L.Ed.2d 403 (2004). The district court* denied relief, but granted a certificate of appealability on whether *Blakely,* and now *United States v. Booker,* —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), apply retroactively to cases on collateral review. The rule announced in *Booker* does not apply to final criminal judgments on collateral review. *See Never Misses A Shot v. United States,* 413 F.3d 781, 783–84 (8th Cir. 2005) (per curiam). Accordingly, we affirm the judgment of the district court. *See* 8th Cir. R. 47B.